**Opinion issued February 20, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00959-CV

———————————

## IN RE BEST TRANSPORTATION SERVICE, INC., A/K/A MINK INVESTMENTS, INC., A/K/A BEST DELIVERY SYSTEMS, INC., Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator, Best Transportation Service, Inc., a/k/a Mink Investments, Inc., a/k/a Best Delivery Systems, Inc., has filed a petition for writ of mandamus contending that respondent, the Honorable Elaine Palmer, abused her discretion in denying relator's request for an independent medical examination of real party in

interest, Todd Hatch.[1] Because it appears that the trial court has signed a final judgment in the underlying case and the proceeding is moot, the Clerk of this Court issued a notice of intent to dismiss the petition unless the parties filed a response demonstrating that the Court has jurisdiction over the proceeding. The parties have not responded.

Accordingly, we dismiss the petition for writ of mandamus as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.

---

[1] The petition identifies the underlying case as *Todd Hatch v. Best Transportation Service, Inc., a/k/a Mink Investments, Inc., a/k/a Best Delivery Systems, Inc. and Jorge W. Calucho*, cause no. 2012-32031, in the 215th District Court of Harris County, Texas.